# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANGELICA CALDERON, et. al., <br><br> Plaintiffs, <br> v. <br><br> HEXCEL CORPORATION, et. al., <br><br> Defendants. | **REPORT AND RECOMMENDATION** <br><br> Case No. 2:20-cv-00088-HCN-CMR <br><br> District Judge Howard C. Nielson, Jr. <br><br> Magistrate Judge Cecilia M. Romero |

This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) (ECF 8). On March 26, 2021, the court granted attorneys Troy Walker and Tad Draper's Motion to Withdraw as Counsel for Plaintiff Ernest Allen and ordered Mr. Allen to have substitute counsel make a notice of appearance or, if proceeding pro se, file a status report with the court indicating his intent to proceed (ECF 29). Mr. Allen failed to comply with the Order Granting Motion to Withdraw, and on October 28, 2021, the court issued an Order to Show Cause directing Mr. Allen to respond in writing indicating his intent to proceed as a plaintiff in this matter (ECF 48). The court warned that failure to respond would result in a recommendation he be dismissed as plaintiff in the action (ECF 28). Mr. Allen failed to respond to the Order to Show Cause.

On February 1, 2022, Plaintiff Angelica Calderon filed a Motion to Appoint Guardian ad Litem requesting the court appoint her as Guardian ad Litem for her minor child KAA (Motion to Appoint Guardian) (ECF 52). On February 7, 2022, the court issued an Order to Show Cause and Respond to Motion to Appoint Guardian Ad Litem (Order to Respond) directing Mr. Allen to respond in writing indicating his position regarding appointment of a Gaudian ad Litem and his intent to proceed in this matter (ECF 53). The court again warned that failure to respond would

result in a recommendation Mr. Allen be dismissed as Plaintiff in this matter (ECF 53). Mr. Allen failed to respond to the Order to Respond and on February 23, 2022, the court granted the Motion to Appoint Guardian (ECF 55).

Based on Mr. Allen's failure to respond to the court's prior Order to Show Cause (ECF 48) and his failure to respond to the Order to Respond (ECF 53), pursuant to Federal Rule of Civil Procedure 41(b) which allows involuntary dismissal of an action "[i]f the plaintiff fails to prosecute or to comply with . . . a court order," the court recommends dismissal of Ernest Allen as Plaintiff in this matter.

## RECOMMENDATION

Based on Plaintiff Ernest Allen's failure to prosecute this case as to himself, the court **RECOMMENDS** the District Court **DISMISS** Mr. Allen as a party to this matter, without prejudice.

Copies of the foregoing Report and Recommendation are being sent to all parties who are hereby notified of their right to object. Within **fourteen (14) days** of being served with a copy, any party may serve and file written objections. *See* Fed. R. Civ. P. 72(b)(2). Failure to object may constitute a waiver of objections upon subsequent review.

DATED this 25 February 2022.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah